O

# United States District Court
# Central District of California

| | |
|---|---|
| THE STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>DRESS BARN INC., a Connecticut corporation; B&Y FASHIONS, INC., a California corporation; and DOES 1-10,<br><br>               Defendants. | Case № 2:15-cv-08437-ODW (PJW)<br><br>**ORDER ALLOWING FOR ADDITIONAL DISCOVERY** |

     After considering the parties' papers and listening to oral argument at the November 14, 2016 hearing on Plaintiff's motion for partial summary judgment, the Court has determined that additional discovery is warranted to explore a possible link between Apple Fashions and Trinh Vuong Co. Ltd. Discovery shall now close on January 4, 2017. Defendants shall submit a brief to the Court on January 11, 2017, outlining any pertinent information obtained during the additional discovery period. Plaintiff may then file a responsive brief on January 18, 2017. At that time, the motion for partial summary judgment shall be taken under submission and, in due

course, a decision shall be rendered. No further hearing shall be held on the motion for partial summary judgment.

In order to accommodate the additional discovery period, the Court amends the remaining dates as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Trial at 9:00a.m. | 1/10/17 | 3/14/17 |
| File Final Trial Exhibit Stipulation | 12/22/16 | 3/9/17 |
| Hearing on Motions in Limine at 1:30 p.m. | 12/19/16 | 3/6/17 |
| Final Pretrial Conference at 1:30 p.m.; Motions in Limine to be Filed; Proposed Voir Dire Questions & Agreed-to Statement of Case | 12/12/16 | 2/27/17 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation; File Trial briefs; File Contentions of Fact & Law; Exhibit & Witness Lists; File Status Report Regarding Settlement; File Agreed Upon Set of Instructions & Verdict Forms; File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | 11/28/16 | 1/23/17 |
| Last Day for Conducting Settlement Conference | 11/1/16 | 1/9/17 |
| Discovery Cut-Off for *All* Discovery | 10/24/16 | 1/4/17 |

**IT IS SO ORDERED.**

November 15, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2