# United States District Court
# Central District of California

| | |
|---|---|
| THE STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DRESS BARN INC., a Connecticut corporation; B&Y FASHIONS, INC., a California corporation; and DOES 1–10, inclusive,<br><br>    Defendants. | Case № 2:15-cv-08437-ODW (PJW)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 56), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by March 20, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 14, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**