JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD FABRICS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE DRESS BARN, INC.; et al.,<br><br>Defendants. | Case No.: CV-15-08437-ODW-PJW<br>*Hon. Otis D. Wright, II Presiding*<br><br>**JUDGMENT AGAINST B&Y FASHION, INC.** |

# **JUDGMENT**

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of One Hundred Fifty Thousand Dollars and No Cents ($150,000.00) is hereby GRANTED and ENTERED against Defendant B&Y Fashion, Inc., and in favor of Plaintiff The Standard Fabrics International, Inc.

SO ORDERED.

Dated: _June 21, 2017     By: _____
                                Honorable Otis D. Wright II
                                United States District Judge